HENRY HEILBRUNN et al., as Executors of LOUIS HEIL-BRUNN, Deceased, Appellants, *v.* NELSON S. KELLOGG, as Executor of HOMER F. KELLOGG, Deceased, Respondent, Impleaded with Others.

Submitted May 16, 1938; decided May 24, 1938.

*Milton R. Friedman* for motion.
*Samuel H. Bloch* opposed.

Motion denied with leave to renew on argument of appeal.